UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

OCTAVIA PARFAIT                                      CIVIL ACTION

v.                                                   NO. 11-886

WAL-MART STORES, INC.                                SECTION "F"
and  WAL-MART LOUISIANA, LLC

ORDER

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to the defendants' motion for partial summary judgment, noticed for submission on February 22, 2012, has been submitted.

Accordingly, the motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,[1] IT

---

[1] The defendants have shown that the plaintiff cannot prove the essential elements of her wrongful death and mental anguish claims related to the loss of her unborn child; the defendants suggest that there is no support for the plaintiff's assertion that two lumbar x-rays and two knee x-rays the plaintiff received after her slip and fall accident at Wal-Mart are causally related to her spontaneous miscarriage in the first trimester of her pregnancy.  As the defendants point out, there is no medical evidence in the record that supports the plaintiff's claim that her miscarriage was caused by the x-rays she received after her fall at Wal-Mart.  To the contrary, the evidence presented by the defendants, including deposition testimony of Dr. Brent Hemelt, the head of OB/GYN at Chabert Hospital in Houma and the report of the defendants' expert, Gregory D. Espenan, MS, RPT, CHP, DABR, Certified Medical Nuclear and Health Physicist, suggest that the plaintiff's miscarriage was not caused by radiation; rather, the most likely cause of the plaintiff's miscarriage is spontaneous miscarriage. Because the defendants have carried their summary

IS ORDERED that the defendants' motion for partial summary judgment is GRANTED as unopposed.  The plaintiffs' wrongful death and mental anguish claims related to the loss of her unborn child are hereby dismissed.

       New Orleans, Louisiana, February 17, 2012

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

judgement burden in showing that the plaintiff cannot prove the required element of medical causation as to her wrongful death and mental anguish claims related to the loss of her unborn child, the defendants are entitled to judgment as a matter of law.
    The plaintiff has failed to oppose the defendants' motion, or to submit any evidence showing that her miscarriage was in fact caused by radiation exposure.  "'A complete failure of proof concerning an essential element of the non-moving party's case necessarily renders all other fact immaterial' and 'mandates the entry of summary judgment' for the moving party."  United States ex rel. v. City of Houston, 523 F.3d 333, 337 (5th Cir. 2008) (quoting Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986)).